Case 1:13-cv-12029-DPW   Document 17   Filed 06/03/14   Page 1 of 9

UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BEHNAM KAMVARI  D.M.D. | ) | Civil No.: |
| | ) | 1:13-CV-12029-DPW |
| Plaintiff | ) | |
| | ) | Tort Liability for |
| VS. | ) | Medical Malpractice |
| | ) | and Damages |
| PRESIDENT AND FELLOWS OF HARVARD | ) | |
| COLLEGE, & CYNTHIA CARTER M.D. | ) | |
| | ) | |
| Defendants | ) | |

## AMENDED COMPLAINT

### SUMMARY OF CASE

Behnam Kamvari now knows he suffers from Bipolar disorder which was induced and exacerbated by treatment that he received at Harvard University Health Services.  He was first misdiagnosed at Harvard as having Anxiety Disorder and subsequently as having Attention Deficit Hyperactivity Disorder (ADHD); both incorrect diagnosis with dire consequences for his underlying Bipolar illness.  To treat the "misdiagnosed" Anxiety Disorder and ADHD he was prescribed antidepressant therapy (Zoloft, Welbutrin, Lexepro) followed by additional prescription of Central Nervous System stimulants (Adderall & Dexedrine), without a mood stabilizer.  Because these incorrect medications were prescribed to Bhenam Kamvari for 15 months, he suffered medication induced manic psychosis and was detached from reality for several months thereafter, never regaining his full insight back into life and unaware of the level of damage he sustained as a result of the negligent care.  He progressed to lack of functional recovery leading to a state of disability; he no longer can be gainfully employed, participate in social activities, cannot live a normal life and suffers from Post Traumatic Stress Disorder (PTSD).

### THE PARTIES

1. Plaintiff Behnam Kamvari D.M.D., (hereinafter "Dr. Kamvari") is of legal age and is a resident of Toronto, Ontario, Canada.

2. Defendant President and Fellows of Harvard College (hereinafter "Harvard") a Harvard Corporation in charge of Harvard University Health Services in Cambridge, Massachusetts, and at all relevant times employed Defendant Cynthia Carter, M.D. (hereinafter "Dr. Carter").

3. Defendant Dr. Carter is a psychiatrist licensed to practice within the Commonwealth of Massachusetts.  At all relevant times, Defendant Carter was employed at Harvard University Health Services in Cambridge, Massachusetts.

## JURISDICTION

4. This Court has jurisdiction under 28 U.S.C. 1332 because the matter in controversy exceeds $75,000 and the Plaintiff is the citizen of a different country than the Defendants

## GENERAL ALLEGATIONS

5. Dr. Kamvari graduated with Honors and on the Dean's List from University of Toronto, Canada, in 2003 with Bachelors in Human Biology.

6. Dr. Kamvari was accepted to Harvard School of Dental Medicine class of 2007 (years of attendance to be 2003-2007).

7. Dr. Kamvari was a bright student with no history of mental illness prior to his admission to Harvard School of Dental Medicine in 2003.

8. The first two years of his training at Harvard School of Dental Medicine took place at Harvard Medical School where he outperformed other Harvard Medical Students in all tutorials. He was nicknamed in his class "The Genius" by students and faculty, known for his creativity, outside of the box thinking, sense of humor and extraordinary artistic abilities.

9. Towards the end of the second year of Harvard Medical School training before transitioning into Harvard School of Dental Medicine's 3rd year Dr. Kamvari sought care at University Health Services for attention issues.

10. On 05/23/2005 without obtaining informed consent or informing Dr. Kamvari of the adverse effects of treatment with antidepressants, Dr. Allen Irving following his diagnosis of attention deficit disorder and anxiety disorder continued to treat Dr. Kamvari with 50mg/d (milligrams per day), of Zoloft, an antidepressant, without paying attention to Dr. Kamvari's immediate response to antidepressants and his vastly elevated mood; notes in his chart "Behnam is feeling much better, mental status shows him in excellent mood, feeling better he claims than he has in 12 years…his mood is very positive. He has not been studying though, and the reasons are not clear…"

11. On 06/06/2005 Dr. Irving sees Dr. Kamvari for yet another follow up while Dr. Kamvari is in an elevated mood state and has become more talkative. Dr. Irving notes in the chart "Behnam continues to feel much better, and the difference is a vast anxiety reduction. Mental status shows him in a positive mood, very personable and conversational."

12. On 08/12/2005 Dr. Irving, although seeing Dr. Kamvari again in his elevated mood state noting in the chart "mental status was very positive", raises Dr. Kamvari's Zoloft prescription to 100mg/day.

13. On 09/02/2005 Dr. Irving notes in his chart that he wants to start a trial of the stimulant Ritalin.

14. On 09/09/2005 Dr. Cynthia Carter starts taking care of Dr. Kamvari as Dr. Irving leaves the University Health Services. Dr. Carter also sees Dr. Kamvari in an elevated mood state caused by previous antidepressant therapy by Dr. Irving. Dr. Carter notes in her chart regarding this elevated mood state and notes issues with Zoloft; "he has sexual dysfunction with Zoloft but otherwise feels he is doing "better than ever"; While these statement "better than ever" may seem as positive response it is a beginning of a very dangerous state of bipolar disorder induced by SSRI antidepressant monotherapy known as the hypomanic phase. Instead of seeing the dangers of wrongly prescribed medication, she supplements additional prescription of an antidepressant Wellbutrin at 150-300mg/day to thwart sexual effects of Zoloft.

15. On 10/07/2005 Dr. Stephanie Engel sees Behnam again in his elevated mood state. she describes this elevated mood state as again "better than ever"; she also further wants to continue with a trial of a stimulant. Dr. Engel notes in her chart that the increase in the dosage of antidepressant Wellbutrin from 150mg to 300mg made Dr. Kamvari more "agitated and anxious" warranting careful consideration of the addition of stimulant therapy noting "we may need to proceed very slowly (with stimulant treatment) given his adverse reaction to Wellbutrin". (This was ignored by Dr. Carter)

16. On 11/09/2005 Nurse Anna Healy notes in her chart that patient states "multiple things going on in my head" following testing from Dr. Cheryl Weinstein who indicated ADD as her diagnosis, Nurse Healy starts treatment with the stimulant Ritalin at 10mg/day.

17. On 03/27/2006 Dr. Cynthia Carter medical notes state that Ritalin exacerbates Dr. Kamvari's anxiety as did Wellbutrin. She increases Adderall prescription to 20mg/day and adds additional antidepressant Lexapro 10mg/day while still maintaining him on Zoloft 50mg/day and Wellbutrin 150mg/day.

18. On 04/07/2006 Dr. Cynthia Carter notes extreme elevation in mood following the start of the new antidepressant and the stimulant Adderall. She notes in her chart that Dr. Kamvari reports dramatic and positive results, feels "so much better that he couldn't wait until Monday apt. to discuss this". Furthermore she notes the up and down shift in mood as a result of stimulant Adderall by noting that "He does feel that the meds wear off in the afternoon and he feels rather down." Dr. Carter subsequently prescribes short acting Dexedrine 5-10mg/day to be taken in the afternoon.

19. On 04/14/2006 Dr. Cynthia Carter increases the dose of Adderall from 20mg to 30mg.

20. On 04/28/2006 Dr. Kamvari reports being too different compared to other students and being teased at school for his extreme behavior. Dr. Cynthia Carter, instead of focusing on the wrong medication, she discussed Dr. Pierce's work related to

microagressions and the manner in which they wear on those who are not of European descent.

21. On 05/12/2006 Dr. Cynthia Carter notes in her file "He is increasingly aware of the disconnect between him and other folks." This is one of the first signs of Dr. Kamvari's slow and gradual detachment from reality due to the wrong medication. Instead of taking him of the CNS stimulants, she increases his Adderall dose to 30mg/day & maintains Dexedrine 5-10mg/day; she increases his antidepressant Lexapro to 20mg/day.

22. On 06/09/2006 while Dr. Kamvari is on a high dose of amphetamine stimulants and even short acting amphetamine stimulants to augment the dose of the long acting ones along with antidepressants and is increasingly feeling isolated due to his extreme behavior compared to other students, Dr. Cynthia Carter fails to see these symptoms as consequence of ill prescribed medication and continues to associate race as the prime reason for Dr. Kamvari's problems at the school.

23. On 06/26/2006 Dr. Kamvari starts exhibiting classic signs of mania, he discusses himself in the context of Vincent Van Gogh, sees himself as tremendously innovative and "beyond" every one else. Per Dr. Cynthia Carter's notes Dr. Kamvari is "a bit difficult to interrupt today and difficult to aid him in any form of introspection" which indicates increased talkativeness but also progressive loss of touch with reality yet another sign that Dr. Kamvari's condition was escalating dangerously to full blown Mania which Dr. Carter failed to recognize.

24. On 07/09/2006 Dr. Kamvari is seen at the Brigham and Women's hospital for treatment of shingles on his hand due to stress and lack of sleep. The treating ER doctor diagnosis him with mania and refers him back to Dr. Carter.

25. On 07/10/2006 Dr. Carter sees Dr. Kamvari, and is put on notice of the diagnosis of mania made by the ER doctor; however, she fails to make a proper diagnosis of bipolarity and manic episode and does not dispense the correct medication (mood stabilizer) to prevent Dr. Kamvari's mania from escalating further; she keeps him medicated on CNS stimulants.

26. On 07/17/2006 Dr. Kamvari's mania due to the administration of high doses of the stimulant Adderall along with the short acting stimulant Dexedrine has escalated into a state of stimulant induced manic psychosis. Again Dr. Carter's notes indicate very expansive ideas by Dr. Kamvari, including development of new periodontal tools that would revolutionize dentistry, ideas that he has to cure Aids and Cancer, various calculations for measurement of time. While presentation of symptoms such as having a cure for cancer are classical presentations of a full-blown manic episode, Dr. Carter still cant make the correct diagnosis and fails to dispense the correct moodstabalizing medication.

27. On 07/19/2006 Dr. Kamvari is sent to mental health urgent care by the dental school because everyone has noticed that he is in extreme distress.

28. On 7/20/2006, Dr. Carter notes on this day that the bipolar diagnosis is a diagnosis that must definitely be ruled out. Furthermore unlike the stimulant Adderall the short acting stimulant Dexederine is not properly discontinued.

29. On 7/24/2006 after these horrific events and after ending up in mental health urgent care for a stimulant induced state of manic psychosis is the correct diagnosis of bipolar finally realized by Dr. Carter;

30. Dr. Kamvari is seen by Dr. David Borrelli of the University Health Services (**distinguished fellow of the American Psychiatric Association**) for two appointments one on 08/14/2006 and one on 08/23/2006 for the treatment of the manic psychosis that was induced by the incorrect prescription of anti-depressants and CNS Stimulant medications by Dr.Carter.

31. On 08/23/2006 Dr. David Borreli properly discontinued the last of the CNS stimulant Dexedrine (10mg/day); however, by this point Dr. Kamvari's brain has been bombarded with wrong and harmful medication for 15 months (since 05/23/2005) from which he never fully recovers.

32. Dr. Kamvari takes a medical leave of absence from school, he spends more than half the year in a sate of psychosis coma detached from reality and life, loses all of his friends and personal relationships, is almost homeless, suffers incredible emotional pain, takes on risky behavior, has to deal with thoughts of suicide for months in a mixed manic-depressed state one of the most dangerous states of mind whereby people could potentially lose their life.

33. Ever since then he has never been the same, has had to continuously be told regarding what decision to make and where to go and what to do and what not do by his immediate family members, lacking proper insight into life, what truly happened to him and the extreme permanent dangers his treatment at University Health Services placed on his life, including potential for recurrence and development of schizophrenia in the near future due to the stimulant (amphetamine) induced psychosis that he suffered.

34. Dr. Kamvari in a semi functional-semi sick manner returns back to school and against all odds finishes his training with help from faculty who now know his sad story.

35. Dr. Kamvari suffers from delusional beliefs for many years after graduation never returning to normal life and function or making any social contact with anyone other than immediate family. He believes for a very long time post graduation that Harvard wanted his soul and that it's his moral duty to expose the dangers for risk of life for another student in the school. While his insight never comes back, he tries his hardest to expose the dangers for loss of life at Harvard School of Dental Medicine.

36. Dr. Kamvari tries to work in his profession but he is unable to do so; he is unable to recover to his pre morbid functional levels and relies on his family to make his day-in and day-out decisions.

37.  Dr. Kamvari's episode of psychoses changes his mind permanently. He faces extreme hardship in facing reality and life on his own, can't socialize with other people, and continuously feels he will be homeless due to the permanent disability created by University Health Services Doctors.

38. Dr. Kamvari attempts to work as a Dentist at several jobs, but he is unable to hold a job.  He suffered from memory lapses, Post Traumatic Stress Disorder and inability to interact and socialize with people.  He is unable to face reality and life independently without the help of his family.

39. During his time in clinics he has to go to ER for treatment of chest pain due to the overwhelming stress of feeling hopeless and disabled in life and not having any support. Furthermore his illness progresses to the point that he has to take a 10 day medical leave and exhaust all the sick days allowed in the residency, he has to see a cardiologist for the tachycardia he has due to stress of feeling disabled in life and not having anyone to help him recover his damaged life.

40.  7/01/2012 Dr. Kamvari starts a Dental Residency at Montefiore Medical Center because he feels more comfortable to work under supervision and he thought it would improve his chances of getting into an Orthodontic Residency (he thought he may have an easier time as an Orthodontist).

41.  During his Residency he notices something is seriously wrong with him, when residents in the place he is working came up to him and made comments such as, "how did you go to Harvard?' or "we have never seen someone like you make it so far in life" or "you are always in the zone, it seems you are disconnected from what goes on around you", faculty also ask him to see a neurologist, he is told by faculty that "he cant go on through life like this". These statements along with doing things such as leaving his car in the parking lot and going home only to realize two weeks later that he had parked the car in the parking lot at the placed he worked

42.  Sometime around May of 2013, the combination of input from faculty and co-residents and per the suggestion of Dr. Baskas, Director of Blondell Clinic (part of the Dental Residency), Dr. Kamvari sees a neurologist and is prompted to get a neuropsych evaluation; this test would provide Dr.Kamvari a first impression of his mental functioning and provide a quantifiable measure of damage to his brain as a result of manic psychosis he suffered at the hands of Harvard University Health Services.

43. On May 16th and 23rd 2013, Dr. Kamvari is seen by Dr. David Masur, who conducts his neuropsychological testing, which indicates impairment of verbal memory (as consistent with scientific studies that have shown verbal memory damage in patients who undergo a manic episode), impairment of visuspatial processing abilities, executive

function difficulties (as consistent with scientific studies on bipolar patients who undergo a manic episode) and an overall cognitive profile that is indicative of diffuse cognitive impairment (as consistent with studies that have shown cognitive damage is sustained per each mood episode including a manic/psychosis episode).

44. Following his neuropsychological testing, and given the input of co-residents and faculty during his residency and along with the discovery of articles on functional recovery rates from an index manic episode, Dr. Kamvari for the first time discovered that he had been permanently functionally and cognitively damaged by the maltreatment of doctors at Harvard University Health Services.

45. The testing supports that Dr.Kamvari has sustained permanent brain damage/change post stimulant induced manic psychosis after which he had a lack of insight of changes in his life including the level of maltreatment he had received along the way.

46. Also, in support of his progressive cognitive decline, he was required to take one year medical leave of absence in 2006, during which he spent close to half the year detached from reality fighting thoughts of suicide on a daily basis, with his insight and ability to face reality and the world never returning back to normal as is seen in many patients who undergo psychosis.

47. He needed to repeat third year and finally graduated dental school all as a semi-disabled student who continuously had to rely on help from immediate members of his family to live and function and never fully regained his insight and premorbid cognitive abilities.

48. His cognitive ability progressively declined to the point that he no longer can be gainfully employed, can no longer socialize, had to recently turn down a highly competitive Orthodontic Residency Opportunity offered by New York University, unable to focus or even read simple books and suffers from PTSD (post-traumatic stress disorder).

### COUNT I – MEDICAL MALPRACTICE (DR. Cynthia Carter)

49. Plaintiff Behnam Kamvari restates and reincorporates by reference each and every allegation stated in paragraphs 1-41 above.

50. Dr. Cynthia Carter was negligent in her care and treatment of Dr. Kamvari in that she failed to care for and treat him in accordance with the standard of care and skill required of, and ordinarily exercised by the average qualified psychiatrist engaged in psychiatric practice at the professional level, such as that in which Dr. Carter was engaged.

51. Dr. Carter was negligent by failing to follow the required standard of care and skill in diagnosing Dr. Kamvari's progressive worsening bipolar illness, and continuous prescription of incorrect medication.

52. Dr. Carter erroneously blamed Dr. Kamvari's hypomanic behavior on pressures he was feeling at school and his different ethnical background; she should have realized that prescribing Zoloft and Lexapro (SSRI antidepressant) monotherapy (without the use of a mood stabilizer) sent his bipolar disorder into a dangerous hypomanic stage.

53. On 06/26/2006   Dr. Carter's medical notes state she has noticed bipolarity in Dr. Kamvari; this would support discontinuance of all stimulants and an addition of a mood stabilizer; she failed to do so.  She renewed erroneous prescription of Adderral, Dexedrine and Lexapro (antidepressant), all of which are counter indicatory and dangerous for bipolar patients.

54. By prescribing of long acting and short acting amphetamine stimulants (Adderall and Dexedrine) to a bipolar patient, Dr. Carter caused Dr. Kamvari's antidepressant induced hypomania state to spiral into mania and subsequently escalate into full blown manic psychosis.

55. Dr. Kamvari was hypomanic since the time Dr. Irving initiated him on antidepressants and Dr. Carter increased the dosage of antidepressants;  his hypomania was turned into a full-blown manic episode with the high dosage of stimulants prescribed by Dr. Carter and the only time she mentions anything about stopping the stimulants is on the appointment on 07/20/2006 a day after Dr. Kamvari had fully lost touch with reality and entered a manic psychosis state and was sent to mental health urgent care by the dental school.

56. While many people after such a tragic episode either lose their life or become disabled in life and simply give up, Dr. Kamvari worked his hardest to save his future from the damages done to his life, with his half disabled mind and progressively worsening condition he battled the toughest battle come back to school and graduate

57. Due to the negligence he can no longer work, study or function as the illness's course had gotten progressively worse since its induction in 2006 to the point that he is now permanently and mentally disabled for life.

58. As a direct and proximate result of the negligence of Dr.Carter, Dr. Kamvari suffered injuries and damages including but not limited to delay in the diagnosis and treatment of his bipolar illness, extreme emotional pain and suffering, financial loss, worsening of the course of his bipolar illness to the point of suffering a major manic psychosis episode whereby he was detached from reality for a period of months and had to battle the thought of dying for months all alone and cause him to engage in risky behavior. He lost long time friends as a result becoming manic, was almost expelled from school, was forced to repeat a year in dental school, can't be gainfully employed and most importantly never attaining full functional recovery and becoming disabled for life; now relying on his family for support.

WHEREFORE, Plaintiff Behnam Kamvari demands judgment against defendants Dr. Cynthia Carter M.D., on Count I of Plaintiff's Complaint in the amount that will justly

compensate him for his damages, together with interest, costs and attorneys' fees of this action and against President and Fellows of Harvard College (Harvard Corporation).

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE IN THIS MEDICAL MALPRACTICE ACTION

                                        Respectfully Submitted,
                                        Behnam Kamvari D.M.D.,
                                        By his Attorney,

                                        /S/ Ilya Liviz
                                        Ilya Liviz, Esq. BBO No.:686409
                                        200 Central Street, No.1,
                                        Lowell, MA 01852
                                        Office (978) 221-6385
                                        Fax (978) 221-6386
                                        Email ilya.liviz@gmail.com

Dated: 6/03/2014

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on June 4th, 2014.

                                        /S/ Ilya Liviz
                                        Ilya Liviz, Esq