```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


BEHNAM KAMVARI, D.M.D.,        )
                               )
            Plaintiff,         )    CIVIL ACTION NO.
                               )    13-12029-DPW
v.                             )
                               )
PRESIDENT AND FELLOWS OF       )
HARVARD COLLEGE, and CYNTHIA   )
CARTER, M.D.,                  )
                               )
            Defendants.        )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's electronic Order of March 28, 2015, granting the defendants' Motion to Dismiss the Amended Complaint (Dkt. No. 18), it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

```
                              BY THE COURT,

                              /s/ Jarrett Lovett
                              Deputy Clerk
```

DATED: March 30, 2015